UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a New York not-for-profit corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ASSYRIAN AMERICAN NATIONAL FEDERATION, INC. a California corporation, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 13-0890 LJO SAB<br><br>**ORDER TO DISMISS INDIVIDUAL DEFENDANTS**<br>(Doc. 24.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendants Janine Yalda, Odisho Warda and Daniel Yousif only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

   Dated:   **July 18, 2013**                           **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1