UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., et al., <br><br> Defendants. | **CASE NO. CV F 13-0890 LJO SAB** <br><br> **ORDER AFTER SETTLEMENT** <br><br> **(Doc. 50.)** |

Defense counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 25, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the **August 27, 2014 pretrial conference and the October 7, 2014 trial**, which are subject to immediate resetting before this district judge or any other available district judge, including a district judge sitting in

1

Sacramento or another district.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **March 21, 2014**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE