**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a New York not-for-profit corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a California corporation, et al.<br><br>                Defendants. | Case No. **1:13-CV-00890-LJO-SAB**<br><br>**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS** |

   Pursuant to a stipulation filed May 23, 2014, signed by all parties, Plaintiff, ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a New York not-for-profit corporation ("AANF" or "Plaintiff") and Defendants Assyrian American National Federation, Inc., a California corporation, Assyrian American National Federation, Inc., an Illinois corporation, Alphonse Odisho, Ramin Odisho, Atour Golani, Hawel Hawel, Pierre Toulakany, and Amir Younan ("Defendants"), have stipulated and agreed to waive the findings of fact and conclusions of law required by Rule 65(d) of the Federal Rules of Civil Procedure, and to the entry of a permanent injunction against the Defendants as set forth below, without further notice or process:

   1.  This Court has jurisdiction over the subject matter of the Complaint filed on or about June 11, 2013 in Case No. 1:13-CV-00890-LJO-SAB, seeking, among other things, injunctive relief against the Defendants, for Trademark infringement and related claims (the "Action"). This Court shall retain jurisdiction over this Action for purposes of implementing and enforcing this Stipulated Permanent Injunction and Order.

2. Defendants expressly consent to personal jurisdiction and venue in the United States District Court for the Eastern District of California for any and all proceedings pertaining to this Permanent Injunction, including but not limited to implementation and/or enforcement of the provisions of this Permanent Injunction. Defendants agree to be bound by the terms of this Permanent Injunction and waive the right to trial and the right to appeal.

3. Defendants, whether acting directly or through any other person, together with all of their directors, officers, employees, and agents, are hereby permanently restrained and enjoined from:

    (a) Using the AANF's name, Assyrian American National Federation, Inc., or any confusingly similar variation thereof, in the marketing, advertising, or promotion of their business activities;

    (b) Using the AANF's mark, which consists of an insignia depicting a five-legged, winged lion standing over a chain strewn above an open book bearing traditional Christian and intellectual symbols with the name Assyrian American National Federation, Inc. printed along the bottom of the seal and Aramaic writing printed along the top, or any confusingly similar variation thereof, in the marketing, advertising, or promotion of their business activities;

    (c) Using the AANF's name and mark (identified above) in marketing, advertising or promoting any events, including but limited to any conventions targeting Assyrians and/or Assyrian-Americans; and

    (d) Marketing, advertising, or promoting any conventions to Assyrians and/or Assyrian Americans as the "80th Annual Convention," or any confusingly similar variation thereof.

The Clerk of Court is directed to close this case.

**SO ORDERED**
**Dated: May 23, 2014**

                               **/s/ Lawrence J. O'Neill**
                               **United States District Judge**