George P. Rodarakis, SBN 222214
Eric J. Sousa, SBN 232541
RODARAKIS & SOUSA, APC
1301 L Street, Suite 4
Modesto, CA 95354
Telephone: (209) 554-5232
Facsimile: (209) 544-1085

Attorneys for Plaintiff
Assyrian American National Federation, Inc.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a New York not-for-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASSYRIAN AMERICAN NATIONAL FEDERATION, INC., a California corporation, et al.,<br><br>　　　　　Defendants. | Case No. **1:13-CV-00890-LJO-SAB**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED:  September 19, 2014　　　　　　RODARAKIS & SOUSA, APC


　　　　　　　　　　　　　　　　　　　By:  /s/ George P. Rodarakis
　　　　　　　　　　　　　　　　　　　　　George P. Rodarakis
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: September 19, 2014 | DAVIS & LEONARD, LLP |
| | By: /s/ Stephen L. Davis |
| | Stephen L. Davis |
| | Attorneys for Defendant |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: **September 19, 2014**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE